```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 09-41362 RE |
| **LAMBERT SMITH and KAREN STACY McDUFFIE-SMITH,** | Chapter 13 |
| Debtors. | EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT |
| _____/ | |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 23, 2011, the court entered the order valuing the lien of The Golden 1 Credit Union as successor in interest to Union Bank of California.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011          /s/ Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011         /s/ Martha G. Bronitsky
                             MARTHA G. BRONITSKY
                             Chapter 13 Trustee

Page 1 of 1